Robert C. Montgomery, Esq.
Idaho SBN: 1793
2160 S. Twin Rapid Way
Boise, ID 83709
Ph: (208) 322-8865
Fax: (208) 322-8395
bmontgomerylaw@gmail.com

*Of Counsel*
Krohn & Moss, Ltd.
Peter J. Cozmyk, Esq.
Ohio SBN: 0078862
Krohn & Moss, Ltd.
8043 Corporate Circle, Suite 3
North Royalton, Ohio 44133
Ph: (323) 988-2400 x 213
Fax: (866) 799-3206
pcozmyk@consumerlawcenter.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
## SOUTHERN DIVISION

| | |
|---|---|
| **VERNON GANTT,** | **Case No.:** |
| **Plaintiff,** | |
| **v.** | **COMPLAINT** |
| | **(Unlawful Debt Collection Practices)** |
| **WEST ASSET MANAGEMENT, INC.,** | **DEMAND FOR JURY TRIAL** |
| **Defendant.** | |

## VERIFIED COMPLAINT

VERNON GANTT, by his attorneys, KROHN & MOSS, LTD., alleges the following against WEST ASSET MANAGEMENT, INC., (Defendant):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

2.  Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

3.  Because Defendant conducts business in the State of Idaho personal jurisdiction is established.

4.  Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

5.  Plaintiff is a natural person who resides in Caldwell, Canyon County, Idaho.

6.  Defendant is a debt collector with an office in Omaha, Nebraska.

7.  Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

8.  Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

9.  Defendant constantly and continuously placed collection calls to Plaintiff seeking payment for an alleged debt.

10. Defendant contacted Plaintiff at telephone numbers (208) 402-5595; (208) 841-1491; and (208) 250-9393 from telephone numbers (972) 217-8329 and (888)

516-3287, several times per day, several times per week, seeking payment for an alleged debt.

11. Plaintiff states that Defendant called approximately two (2) to three (3) times per day.

12. Plaintiff states that Defendant called him after 9:00 pm.

13. Defendant called Plaintiff and failed to provide meaningful disclosure of the caller's identity as Defendant did not state its company name when speaking with Plaintiff even after being requested to do so by Plaintiff.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

14. Defendant violated the FDCPA based on the following:

   a.  Defendant violated *§1692c(a)(1)* by contacting Plaintiff before 8:00 a.m. or after 9:00 p.m;

   b.  Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt;

   c.  Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff; and

   d.  Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

WHEREFORE, Plaintiff, VERNON GANTT, respectfully requests judgment be entered against Defendant, WEST ASSET MANAGEMENT, INC., for the following:

Complaint – page 3

15. Statutory damages of $1000.00, pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

16. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k;* and

17. Any other relief that this Honorable Court deems appropriate.

## <u>DEMAND FOR JURY TRIAL</u>

PLEASE TAKE NOTICE that Plaintiff, VERNON GANTT, demands a jury trial in this cause of action.


DATED:  August 12, 2011

RESPECTFULLY SUBMITTED,

By:  _/s/ Robert C. Montgomery_
Robert C. Montgomery
Idaho SBN: 1793
Ph: (208) 322-8865
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF IDAHO

      Plaintiff, VERNON GANTT, states as follows:

1.     I am the Plaintiff in this civil proceeding.

2.     I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3.     I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4.     I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5.     I have filed this Complaint in good faith and solely for the purposes set forth in it.

6.     Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7.     Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

      Pursuant to 28 U.S.C. § 1746(2), I, VERNON GANTT, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 7-15-11                                        
VERNON GANTT