# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# SOUTHERN DIVISION

| | |
|---|---|
| **VERNON GANTT,**<br><br>    Plaintiff,<br><br>    v.<br><br>**WEST ASSET MANAGEMENT, INC.,**<br><br>    **Defendant.** | Case No.: 1:11-cv-371-EJL-REB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

## ORDER OF DISMISSAL WITH PREJUDICE

The Parties having stipulated to a dismissal of the matter,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE,** each Party to bear its own costs and attorney's fees.

DATED: **February 21, 2012**

_____
Honorable Edward J. Lodge
U. S. District Judge